[No. 15368–4–I.   Division One.   November 25, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK
A. STANLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–00288–0, Lloyd W. Bever, J., entered September 5, 1984. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Coleman and Grosse, JJ.

[No. 13390–0–I.   Division One.   November 25, 1985.]

ALEX SHULMAN, *as Trustee, Respondent,* v. ALBERT
M. MARK, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–16841–6, George T. Mattson, J., entered May 10, 1983. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Scholfield, A.C.J., and Grosse, J.

[Nos. 14940–7–I; 15839–2–I.   Division One.   November 25, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. FRED
MELVIN PARTON III, *Appellant.*

*In the Matter of the Personal Restraint of*
FRED MELVIN PARTON III, *Petitioner.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–00521–3, Francis E. Holman, J., entered June 29, 1984, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Swanson, J., concurred in by Ringold and Grosse, JJ.